IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02106-LTB

TODD KENNETH HOROB,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS, Employees and Wardens,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 17, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/L. Gianelli
                    Deputy Clerk